# EXHIBIT A

DEPARTMENT OF THE ARMY
STATE OF VERMONT
The Adjutant General's Office
Green Mountain Armory, 789 VT National Guard Rd.
Colchester, VT 05446-3099

28 October 2020

ORDERS: 50-302-█

SHERIDAN, MATTHEW MICHAEL
████████████
████████████6

█████████████ CPT
0172 IN BN   03 CO A RIFLE COMP (WV49A0)
ETHAN ALLEN, VT 05465

You are ordered to active duty as a member of your Reserve Component Unit for the period indicated unless sooner released or unless extended. Proceed from your current location in sufficient time to report by the date specified. You enter active duty upon reporting to unit home station.

Report To Home Station: 0172 IN BN   03 CO A RIFLE COMP (WV49A0), 13 MOUNTAIN SCHOOL ROAD ETHAN ALLEN, VT 05465
Report on: ████████████
Report To Mobilization Station: ████████████████████████████████████
Report on: ████████████
Period of active duty: ███ days
Purpose: Activation in support of OPERATION ████████████████████████████)
FTN: 1210C063177
Mobilization category code: █

Additional instructions:
  (a) Sure pay is mandatory. Soldier must bring the appropriate documentation to support the requirement to authorize sure pay to the bank.
  (b) Early reporting is not authorized.
  (c) Unaccompanied baggage shipment is not authorized.
  (d) Movement of household goods and dependents is not authorized.
  (e) Travel will be paid for one time travel from home duty station to mob station and back and includes travel and per diem from home station/mobilization station or duty location and return to home station as well as non-temporary storage. Individual Soldiers whose duty station is different from the mob station will receive funding for one time travel and return from mob station to the duty station. Govt. transportation will be provided from home of record to assigned MOB station and/or duty location. POV as transportation under JFTR, Para U3310 as not being more advantageous to the Govt. This means total payment of travel will not exceed the Govt cost had the Govt procured transportation been used between the ordered points. In and around mileage is not authorized.
  (f) Rental car is not authorized.
  (g) Special Storage of HHG/POV may be authorized IAW Para U4770
  (h) Excess accompanied baggage is not to exceed 120 pounds.
  (i) Bring with you ██████████████████████████████████████████████████
  (j) Soldier will handcarry (if available) ████████████████████████████
████.
  (k) Dependents (Family Members) of Reserve Component (Army Reserve and National Guard) Soldiers ordered to active duty for more than 30-days are eligible for the same benefits (e.g., medical care, TRICARE, commissary/exchange benefits, legal assistance, use of morale, welfare and recreation facilities, etc;) as dependents of regular Army Soldiers (but excluding dental, which requires orders to active duty for over 180-days). It is a Soldier responsibility to ensure dependents are issued DD Form 1172, Active Duty dependent ID cards. To locate the nearest ID card facility near your home visit web site www.dmdc.osd/rsl (Rapids site locator by state, city, zip code). Dependents are also eligible to use Army One Source, which is a 24-hour resource service (from the US: 1-800-464-8107; En Espanola, llama al 1-888-375-5971 and collect calls (1-484-530-5889) available at no cost.
  (l) Bring copies of ████████████████████████████████████████████████ documentation affecting the soldiers pay or status.
  (m) Personnel requiring eye correction will bring two pairs of eyeglasses and eye inserts for a protective mask.
  (n) Government lodging is provided at no cost to the Soldier. Dining facilities will be used at the replacement activity, mobilization and demobilization sites and during deployment. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

Page 1
• This is an official order generated in DAMPS-OCOTCS •

ORDERS: 50-302-0061          VT ARNG, Colchester, VT 05446          28 October 2020

(o) Call 1-800-336-4590 (National Committee for Employer Support of the Guard and Reserve) or check online at www.esgr.org if you have questions regarding your employment/reemployment rights.
(p) Your family members may be eligible for TRICARE (military health care) benefits. For details go to web address http://www.tricare.mil or email TRICARE_help@amedd.army.mil.
(q) In an effort to share information between soldiers, employers and the Department of Defense on their rights, benefits and obligations, mobilized ARNG soldiers are strongly encouraged to provide employer information at https://www.dmdc.osd.mil/udpdri/owa/rc.home.
(r) If upon reporting for active duty you fail to meet deployment medical standards (whether because of a temporary or permanent medical condition), then you may be released from active duty, returned to your prior reserve status, and returned to your home address, subject to a subsequent order to active duty upon resolution of the disqualifying medical condition. If, upon reporting for active duty, you are found to satisfy medical deployment standards, then you will continue on active duty for a period not to exceed the period specified in this order, such period to include the period (not to exceed 25 days) required for mobilization processing.
(s) You have been ordered to active duty ▓▓▓▓▓▓▓▓▓▓▓ (subsequent orders, amendments and revocations may be downloaded from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
(t) Soldier must check with the supporting installation housing office before securing temporary lodging at the duty location and obtain a 1351-5 authorizing the appropriate entitlements for lodging and M&IE. With a SNA, the Soldier is authorized per diem IAW the JTR.
(u) RC Soldiers must return to demob site to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Orders in order to out process and take authorized leave. Demobilization of unit(s) is/are prohibited without approval of HQDA. Individual members of the unit will demobilize with the unit unless provisions of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ apply. UICs will demobilize where it mobilizes, unless diverted per First Army.

```
FOR ARMY USE
AUTHORITY: Title 10 USC, Section 12302, DA Order 252220 dated 021700ZJul20/1A-20-189-052
date 07 July 2020
Accounting classification:
  OFF PAY/ALW: 21 1/2/3 2010.0000 01-1100 1A100000 11**/12** PAMP 01FFOS S12120
  TVL/PD: 21 1 2020.0000 6I-6ITC 12101220 21T1/21T2 RABZT9 BZT9RA 012161
The above LOA or statement is a FY21 LOA. Funds are available upon the U.S. Congress
Enacting FY21 Defense Appropriation. Funding is authorized only for the fiscal year
indicated on this order. Amendments will be required for subsequent fiscal years. Soldiers
and authorized Army officials must sign into https://mobcop.aoc.army.pentagon.mil and enter
the DAMPS Orders system to retrieve copies of orders/amendments.
SDN: SHE0162T302061
Sex: M
MDC: PM01
PMOS/AOC/ASI/LIC: 11A///
HOR: COVENTRY, RI 02816
DOR: 09 August 2017
PEBD: 22 February 2008
Security Clearance: ▓▓▓▓▓▓▓▓▓▓▓▓

Comp: ARNG
Format: 165
```

FOR THE COMMANDER:

```
                    ********************
                    *   HQ, VTARNG     *
                    *    OFFICIAL      *
                    ********************
                    DAVID T. MANFREDI
                    COL, IN
                    G3
```

DISTRIBUTION: 1- Cdr, Ft Bliss
1- Cdr, WV49A0, 0172 IN BN  03 CO A RIFLE COMP, ETHAN ALLEN

· This is an official order generated in DAMPS-OCOTCS ·

# EXHIBIT B



**DEPARTMENT OF THE ARMY**
HQ, 3D BATTALION 172D INFANTRY REGIMENT (MOUNTAIN)
13 MOUNTAIN SCHOOL ROAD
JERICHO, VERMONT 05465

NGVT-INF-Z                                                      22 December 2020

MEMORANDUM FOR RECORD

SUBJECT: Premobilization Orders, CPT Matthew Sheridan

1. The purpose of this memorandum is provide verification that CPT Matthew Sheridan will be ordered to Active Duty Service, starting ▮▮▮▮▮. This duty is required for the deployment of Task Force ▮▮▮▮▮, in support of Operation ▮▮▮▮▮.

2. The POC for this memorandum is LTC Matthew J. Wignall at 802-▮▮▮▮▮ or matthew▮▮▮▮▮

"ASCEND TO VICTORY"

MATTHEW J. WIGNALL
LTC, AR
Commanding