# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Charm Howie
Plaintiff,

v.  Case No.: 1:17−cv−00604−JJM−LDA

City of Providence, et al.
Defendant.

## NOTICE OF SETTLEMENT CONFERENCE

The above matter has been referred to Magistrate Judge Lincoln D. Almond for a settlement conference. The conference will be held on August 2, 2022 at 02:00 PM  The attorneys who will be lead counsel during the trial of the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case on any terms at the conference.

At least five (5) court days before the settlement conference the parties shall exchange, and email a settlement conference statement to the following email address: LDA_Settlement@rid.uscourts.gov.  This statement should not be filed with the Clerk of the Court, and shall include the following:

1. A brief statement of the facts of the case, and of the claims and defenses, i.e., the statutory or other grounds upon which the claims are founded. The statement should identify the major factual and legal issues in dispute.

2. An itemized statement of the damages claimed, and of any other relief sought.

3. A brief summary of the proceedings to date.

4. A history of past settlement discussions, offers and demands. If no discussions have taken place, the Court directs the attorneys to discuss settlement, and exchange demands and offers prior to the settlement conference.

At the settlement conference the parties, by counsel, shall give a brief (5−10 minute) presentation outlining the factual and legal highlights of their case. Confidential caucuses may be held with each party and the party's representative(s).

Any failure of the trial attorneys, parties or persons with authority to attend the conference may result in sanctions to include the fees and costs expended by the other parties in preparing for and attending the conference. Failure to timely deliver a settlement conference statement may also result in sanctions.

It is so ordered.

June 2, 2022

By the Court:

/s/ Lincoln D. Almond
United States Magistrate Judge