# CHIEF JUDGE JOHN J. McCONNELL, JR.
# U.S. District Court for the District of Rhode Island

## CALENDAR CALL (via Zoom)
October 24th, 2022 (for the NOVEMBER 2022 TRIAL CALENDAR)

### CRIMINAL CASES

**CR18-26-JJM-PAS**  **USA v. RICHARD ALLEN**
*Conspiracy and Money Laundering*

**CR19-43-JJM-LDA**  **USA v. JESUS MALDONADO**
*Attempted Enticement of a Minor to Engage in Illicit Sexual Activity*

**CR19-142-04-JJM-PAS**  **USA v. EMILIO J. FRIAS-REYES**
**CR19-142-05-JJM-PAS**  **USA v. ERICKSON M. VENTURA-MARTINEZ**
**CR19-142-08-JJM-PAS**  **USA v. BRYANT POLANCO**
*Conspiracy to Commit Bank Fraud*

**CR20-43-01JJM-PAS**  **USA v. TAO JIANG**
**CR20-43-03JJM-PAS**  **USA v. BROAD TECH SYSTEM, INC.**
*Conspiracy to Defraud the United States*

**CR20-61-02-JJM-PAS**  **USA v. DOTUN OLAWALE ALONGE**
*Money Laundering Conspiracy*

**CR21-62-01-JJM-PAS**  **USA v. EDGAR MEDINA**
**CR21-62-02-JJM-PAS**  **USA v. ALIJAH PARSONS**
**CR21-62-03-JJM-PAS**  **USA v. ANDRES GARAY**
**CR21-62-04-JJM-PAS**  **USA v. IRVING MEDINA**
**CR21-62-05-JJM-PAS**  **USA v. RONALD HALL**
*CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE*

**CR21-95-01-JJM-PAS**  **USA v. EMMANUEL NOLASCO**
**CR21-95-02-JJM-PAS**  **USA v. MATTHEW PIZARRO**
**CR21-95-03-JJM-PAS**  **USA v. KAII ALMEIDA-FALCONES**
**CR21-95-04-JJM-PAS**  **USA v. ROOSEVELT DALE**
**CR21-95-05-JJM-PAS**  **USA v. YAHAIRA CRISTINA CONTRERAS**
*Conspiracy to Possess w/Intent to Distr. Suboxone and Marijuana*

**CR21-108-01-JJM-PAS**  **USA v. JAMAL NEWMAN**
**CR21-108-02-JJM-PAS**  **USA v. RASHAAD HILL**
**CR21-108-03-JJM-PAS**  **USA v. DARREN ROBINSON**
*Conspiracy to Commit Wire Fraud*

| | |
|---|---|
| **CR22-11-JJM-PAS** | **USA v. WILLIAM SCHOCK** <br> *Distribution of Child Pornography* |
| **CR22-16-01-JJM-LDA** <br> **CR22-16-02-JJM-LDA** | **USA V. BRANLY FERRERAS-SEVERINO** <br> **USA V. ISMAEL COLON-PENA** <br> *Assaulting, Resisting, Impeding Officers or Employees* |
| **CR22-39-JJM-LDA** | **USA v. JOHN WALKER** <br> *Possession w/Intent to Deliver Methamphetamine and Fentanyl* |
| **CR22-46-01-JJM-PAS** <br> **CR22-46-02-JJM-PAS** | **USA v. DANIEL ELPIDIO MARTINEZ** <br> **USA v. DAISY PERALTA** <br> *Conspiracy to Commit an Offense Against the United States to Embezzle, Steal, Purloin And Knowingly Convert to their Use and the Use of Another Any Money of the United States* |
| **CR22-53-JJM-PAS** | **USA v. JAN PERALTA DELACRUZ** <br> *Conspiracy to Distribute and Possess w/Intent to Distribute Fentanyl* |
| **CR22-68-JJM-PAS** | **USA v. RAVEENA JAGHOO** <br> *Extortionate Interstate Communications* |
| **CR22-73-JJM-PAS** | **USA v. Miguel Angel Montero** <br> *Interstate Travel w/Intent to Engage in Illicit Sexual Conduct* |

### CIVIL CASES (JURY)
(Cases currently noticed for 11/7/22 or 11/29/22 Empanelment as per the ***9/2/22 Omnibus Order***)

| | |
|---|---|
| **CA17-604JJM** | **CHARM HOWIE v. CITY OF PROVIDENCE** *(11/7 Empanelment)* |
| **CA20-434JJM** | **LISA M. RAPOSA v. CASSANDRA L. CARBERRY, et al.** *(11/29 Empanelment)* |
| **CA19-512JJM** | **DEBRA A. CARRIER v. JOHN NOONS, et al.** *(11/29 Empanelment backup)* |

### CIVIL CASE (NON-JURY)

| | |
|---|---|
| **CA20-477JJM** | **NANCY ERNEST v. THE U.S. POSTAL SERVICE DIVISION OF THE USA** |

(con't. next page)

# NOTICE

You are hereby notified that the above-captioned cases are on the NOVEMBER 2022 TRIAL CALENDAR, to be tried in an order to-be-determined by the Court. The calendar will be called on **Monday October 24th, 2022 at 2:00 PM via Zoom** (invitation and information below). Jury Empanelments will be scheduled on a date and time to-be-determined, but no sooner than **November 7th, 2022 at 9:30 AM.**

Every effort will be made to provide a date certain for trial at the calendar call, however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

A Final Pretrial Conference will be scheduled prior to trial.

John J. McConnell, Jr.
Chief United States District Judge
Date:  October 18, 2022

**ZOOM INVITATION AND INFORMATION:**

Topic: CHAMBERS CONF: CALENDAR CALL for November 2022 Trials
Time: Oct 24, 2022 at 2:00 PM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://www.zoomgov.com/j/1608973680

**Meeting ID: 160 897 3680**
**Passcode: 489414**
One tap mobile
+16692545252,,1608973680#,,,,*489414# US (San Jose)
+16468287666,,1608973680#,,,,*489414# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    833 568 8864 US Toll-free

Meeting ID: 160 897 3680
Passcode: 489414
Find your local number: https://www.zoomgov.com/u/akjyIjTVv

Join by SIP
1608973680@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 897 3680
Passcode: 489414