MJC:ljc 95448 \Pleadings\95448 49 Cell Phone 10-17-22

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

CHARM HOWIE                                     :
                                                :
         VS.                                    :        C.A. NO. 1:17-cv-00604-JJM-LDA
                                                :
CITY OF PROVIDENCE, by and through its          :
Treasurer, JAMES J. LOMBARDI III, ET AL         :

### DEFENDANTS' MOTION IN LIMINE RE:  CELL PHONE CALLS

*[In addition to the content of this motion, the defendants incorporate the
factual background enunciated in their pre-trial memorandum of law.]*

Now come the defendants and move, in limine, to preclude the plaintiff from introducing
and/or referencing so-called cell phone calls made or received by defendants Place and/or Sheridan
while on scene at 44 Adelaide.

At the District Court criminal trial, plaintiff's counsel made much to-do about cell phone calls
that may have been made or received at such time.  At his deposition in the case at bar, the plaintiff
testified that while he was sitting in the back of the police car, he saw Officer Sheridan on his phone,
laughing.  He does not know whether Sheridan made a call or received a call.

The plaintiff has intimated that any such calls are suggestive of a malevolent intent on the part
of the officers.  Aside from that being purely speculative, the law is clear that under the objective
reasonableness test, the subjective intent or motivation of the officer is irrelevant.

Moreover, there is no prohibition against police officers using their phones as a means of
communication for police work.  Under the Department's body-worn camera policy (which did not
exist at the time of this incident), officers are prohibited from using personal audio or video recording
devices.

According to cell phone records subpoenaed by the plaintiff, Officer Place made an outgoing call at 2:07 A.M. which lasted anywhere between one and two minutes.  The incident in question was at 1:40 A.M.  Said call was to another police officer.  The only call for Sheridan at or around the incident in question was at 1:39 A.M.  It was an outgoing call lasting anywhere from one to sixty seconds and was to another patrol officer.  The next call was at 2:25 A.M. to the front desk at the police station.

It goes without saying that all evidence should be of some relevance or materiality to the cause of action in question.  The said referenced cell phone usage, as limited as it was, is neither relevant nor material to any issue in the case.  Absent pure speculation, there is simply no evidentiary value to this proposed evidence.

DEFENDANT, CITY OF PROVIDENCE,                DEFENDANTS,
By its Attorneys,                                             PLACE, POTTER and SHERIDAN,
                                                                       By their Attorney,

/s/ Jillian H. Barker                                       /s/ Michael J. Colucci
Jillian H. Barker, Esq. #8353                          Michael J. Colucci, Esq. #3303
Senior Assistant City Solicitor                        OLENN & PENZA, LLP
/s/ Steven B. Nelson                                     530 Greenwich Avenue
Steven B. Nelson, Esq. #8142                         Warwick, RI  02886
Senior Assistant City Solicitor                        PHONE:  (401) 737-3700
CITY OF PROVIDENCE                                   FAX:  (401) 737-5499
444 Westminster Street, Suite 220                  EMAIL:  mjc@olenn-penza.com
Providence, RI  02903
PHONE:  (401) 680-5520
FAX:  (401) 680-5333
EMAIL:  jbarker@providenceri.gov
EMAIL:  snelson@providenceri.gov

## **CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 24th day of October 2022, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent to:

Shannah Kurland, Esq.
149 Lenox Avenue
Providence, RI  02907

Jillian H. Barker, Esq.
Steven D. Nelson, Esq.
Senior Assistant City Solicitors
City of Providence
444 Westminster Street, Suite 220
Providence, RI  02903

/s/  Michael J. Colucci